Rule 219.     **Annual registration of attorneys.**


**\*\*\***

      (b)     The following shall be exempt from paying the annual fee required by subdivision (a):

      (1)    Justices or judges serving in the following Pennsylvania courts of record shall be exempt for such time as they serve in office:  Supreme, Superior, Commonwealth, Common Pleas, and Philadelphia Municipal; and justices or judges serving an appointment for life on any federal court;

      (2)    retired attorneys; and

      (3)    military attorneys holding a limited certificate of admission issued under Pa.B.A.R. 303 (relating to admission of military attorneys).

      Note:  The exemption created by subdivision (b)(1) does not include **[Philadelphia Traffic Court judges,]** Pittsburgh Municipal Court judges,     magisterial district judges, arraignment court magistrates or administrative law judges.


   \* \* \*